No. 1111. In re Piver. Sup. Ct. Fla. Certiorari denied. *Herman Grayson* for petitioner. *A. Dallas. Albritton, Jr.,* for Florida Board of Bar Examiners, respondent.

No. 1135. Levy *v.* Glickman Corp. et al. C. A. 2d Cir. Certiorari denied. *Joseph Calderon* for petitioner. *William J. Manning* and *Herman Odell* for respondents.

No. 1169. Suburban Tile Center, Inc., et al. *v.* Rockford Building & Construction Trades Council, AFL–CIO, et al. C. A. 7th Cir. Certiorari denied. *Norman Miller, Earl G. Schneider* and *Michael R. Galasso* for petitioners. *Lester Asher* for respondents Rockford Building & Construction Trades Council, AFL–CIO, et al. *Daniel S. Shulman* and *Bernard M. Baum* for respondent United Brotherhood of Carpenters & Joiners of America, Local 792. *Charles A. Thomas* for respondents Building Contractors Association of Rockford, Inc., et al.

No. 1179. Charles A. Wright, Inc. *v.* F. D. Rich Co., Inc. C. A. 1st Cir. Certiorari denied. *Louis Kerlinsky* for petitioner. *James L. Allen* for respondent.

No. 1194. Heffernan *v.* Massachusetts. Sup. Jud. Ct. Mass. Certiorari denied. *F. Lee Bailey* for petitioner. *Edward W. Brooke,* Attorney General of Massachusetts, and *Willie J. Davis,* Assistant Attorney General, for respondent.

No. 1209. Marino, Administratrix *v.* Trawler Emil C. Inc. et al. Super. Ct. Mass., Suffolk County. Certiorari denied. *Harry Kisloff* for petitioner.